PROB 12C
(6/16)

Report Date: November 5, 2020

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 05, 2020**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Roman Henry Estrada | Case Number: 0980 2:13CR06013-EFS-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: August 21, 2013 | |
| Original Offense: Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: Prison - 91 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: AUSA | Date Supervision Commenced: May 22, 2020 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: May 21, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #16**: Defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. Defendant shall contribute to the cost of treatment according to your ability to pay. Defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Estrada is alleged to have violated his conditions of supervised release by failing to attend drug and alcohol treatment as of October 14, 2020.

Mr. Estrada's conditions were reviewed with him on June 22, 2020. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes special condition number 16, as noted above.

On October 14, 2020, the United States Probation Office in the Southern District of California, received notification from Mr. Estrada's drug treatment counselor advising that he had not been participating in treatment. Mr. Estrada only completed the intake and had not been back to the program since September 2, 2020.

Prob12C
**Re: Estrada, Roman Henry**
**November 5, 2020**
**Page 2**

    2    **Special Condition #17**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Estrada is alleged to be in violation of his supervised release conditions by failing to submit to urinalysis testing as directed on June 30, July 1 and 15, and August 10 and 26, 2020. Additionally, on July 17, 2020, Mr. Estrada submitted a urine specimen, which returned dilute.

        Mr. Estrada's conditions were reviewed with him on June 22, 2020. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes special condition number 17, as noted above.

        On June 22, 2020, Mr. Estrada also reviewed and signed the substance abuse testing instructions acknowledging his understanding of the testing program. He was instructed to call the drug testing line and report for testing as instructed. On June 30, July 1 and 15, and August 10 and 26, 2020, Mr. Estrada failed to report drug testing as previously instructed.

        On July 17, 2020, Mr. Estrada submitted a urine specimen at the U.S. Probation Office, which returned dilute.

        On September 8, 2020, Mr. Estrada reported for drug testing; however, he was not able to produce a urine specimen, which was recorded as a stall. On September 15, 2020, Mr. Estrada again submitted a urine sample that screened positively for amphetamines and further, the sample was dilute. On September 23, 2020, Mr. Estrada verbally admitted using methamphetamine on September 13 and 16, 2020.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 5, 2020

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

Prob12C
**Re: Estrada, Roman Henry**
**November 5, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*
Signature of Judicial Officer

November 5, 2020
Date